# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2011

141161

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GLENN TERRANCE WILLIAMS, a/k/a
GLEN TERRANCE WILLIAMS,
     Defendant-Appellant.

SC: 141161
COA: 284585
Muskegon CC: 06-053640-FC

_____/

On order of the Court, the application for leave to appeal the April 8, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether a larceny needs to be completed before a defendant may be convicted of armed robbery.

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

0316

_____
Clerk